IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **INTERNET MACHINES LLC** | § § § | |
| **vs.** | § § | **CASE NO. 6:10-cv-23** **PATENT CASE** |
| **ALIENWARE CORPORATION, et al** | § | |

### ORDER GRANTING UNOPPOSED APPLICATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

Before the Court is Defendants Advanced Micro Devices, Inc., A Delaware Corporation and ATI Technologies, ULC's Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint (Doc. No. 53). The Court, being of the opinion that the motion is sound, hereby GRANTS Defendants' motion for extension of time. Accordingly, it is hereby ORDERED that Defendants' answer to the complaint is due May 6, 2010.

**It is SO ORDERED.**

**SIGNED this 12th day of March, 2010.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE