# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | |
|---|---|
| INTERNET MACHINES LLC<br><br>    Plaintiff,<br><br>    v.<br><br>ALIENWARE CORPORATION;<br>ADVANCED MICRO DEVICES, INC., A DELAWARE CORPORATION;<br>ATI TECHNOLOGIES, ULC A/K/A AMD GRAPHICS PRODUCT GROUP CLUB 3D B.V.;<br>CYCLONE MICROSYSTEMS, INC.;<br>DELL, INC. D/B/A DELL COMPUTER, INC. D/B/A DELL COMPUTER F/K/A DELL COMPUTER CORP.;<br>EXTREME ENGINEERING SOLUTIONS, INC.;<br>FREEDOM USA, INC., D/B/A AVADIRECT CUSTOM COMPUTERS;<br>GDA TECHNOLOGIES, INC.;<br>GENERAL ELECTRIC ENTERPRISE SOLUTIONS, A DIVISION OF GENERAL ELECTRIC COMPANY;<br>INTEGRATED DEVICE TECHNOLOGY, INC.;<br>INVENTURE, INC.;<br>NATIONAL INSTRUMENTS CORP.;<br>NVIDIA CORPORATION;<br>PLX TECHNOLOGY, INC.;<br>TIGERDIRECT, INC.;<br>VADATECH, INC.; AND<br>VROSE MICROSYSTEMS, INC.<br><br>    Defendants. | Civil Action No. 6:10-CV-00023-MHS<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT NVIDIA CORPORATION'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant NVIDIA Corporation ("NVIDIA"), hereby states as follows:

- NVIDIA has no parent corporation; and

- No publicly held corporation currently owns 10% or more of NVIDIA's stock.

Dated:  April 26, 2010                                     Respectfully submitted,

By:  */s/ Ruffin B. Cordell*
Ruffin B. Cordell
  LEAD ATTORNEY
  Texas Bar No. 04820550
  E-mail:  cordell@fr.com
FISH & RICHARDSON P.C.
1425 K Street, N.W., 11th Floor
Washington, DC  20005
Telephone:  (202) 783-5070
Facsimile:  (202) 783-2331


Counsel for Defendant NVIDIA Corporation


CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served on April 26, 2010 with a copy of this document via the Court's CM-ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by facsimile transmission and/or first class mail this same date.


*/s/ Ruffin B. Cordell*
Ruffin B. Cordell

2