**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **INTERNET MACHINES LLC,** | § | |
| | § | |
| **v.** | § | **NO. 6:10-cv-023** |
| | § | |
| **ALIENWARE CORP., ET AL.** | § | |

## ORDER TO SHOW CAUSE

The Court ordered Plaintiff Internet Machines LLC ("Plaintiff") to notify the Court when all Defendants have either answered or filed a motion to transfer or dismiss (Doc. No. 6). All Defendants, except Defendant Club 3D B.V. ("Club 3D"), have either answered or been dismissed. Club 3D, a Netherlands corporation, returned an executed waiver of service (Doc. No. 69) but did not answer within the prescribed time. Accordingly, the Court **ORDERS** Plaintiff to file notice by July 27, 2010, as to whether this case is ready to be set for a scheduling conference.

**It is SO ORDERED.**

**SIGNED this 20th day of July, 2010.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE