ORIGINAL *MHS*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| INTERNET MACHINES, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 6:10-CV-23 |
| PLX TECHNOLOGY, INC., CYCLONE MICROSYSTEMS, INC., EXTREME ENGINEERING SOLUTIONS, INC., GE INTELLIGENT PLATFORMS EMBEDDED SYSTEM, INC., NATIONAL INSTRUMENTS CORPORATION, and VADATECH, INC., | § § § § § § § § | |
| Defendants. | § § | |

## JURY VERDICT FORM

### Question No. 1

Do you find that Plaintiff Internet Machines, LLC proved, *by a preponderance of the evidence*, that any of the Defendants directly infringe the following patent claims of the '552 patent?

Answer "Yes" (for a finding of infringement) or "No" (for a finding of no infringement) as to each asserted claim in the space provided. Consider each Defendant separately. Each space should be answered.

| '552 Patent | PLX Technology, Inc. | Cyclone Microsystems, Inc. | Extreme Engineering Solutions, Inc. | GE Intelligent Platforms Embedded System, Inc. | National Instruments Corporation | Vadatch, Inc. |
|---|---|---|---|---|---|---|
| Claim 1 | Yes | Yes | Yes | Yes | Yes | Yes |
| Claim 2 | Yes | Yes | Yes | Yes | Yes | Yes |
| Claim 3 | Yes | Yes | Yes | Yes | Yes | Yes |
| Claim 4 | Yes | Yes | Yes | Yes | Yes | Yes |
| Claim 5 | Yes | Yes | Yes | Yes | Yes | Yes |
| Claim 11 | Yes | Yes | Yes | Yes | Yes | Yes |
| Claim 12 | Yes | Yes | Yes | Yes | Yes | Yes |
| Claim 13 | Yes | Yes | Yes | Yes | Yes | Yes |
| Claim 14 | Yes | Yes | Yes | Yes | Yes | Yes |
| Claim 15 | Yes | Yes | Yes | Yes | Yes | Yes |

Please proceed to Question No. 2.

**Question No. 2**

Do you find that Plaintiff Internet Machines, LLC proved, *by a preponderance of the evidence*, that any of the Defendants directly infringe the following patent claims of the **'532 patent**?

Answer "Yes" (for a finding of infringement) or "No" (for a finding of no infringement) as to each asserted claim in the space provided. Consider each Defendant separately. Each space should be answered.

| '532 Patent | PLX Technology, Inc. | Cyclone Microsystems, Inc. | Extreme Engineering Solutions, Inc. | GE Intelligent Platforms Embedded System, Inc. | National Instruments Corporation | Vadatch, Inc. |
|---|---|---|---|---|---|---|
| Claim 1 | Yes | Yes | Yes | Yes | Yes | Yes |
| Claim 2 | Yes | Yes | Yes | Yes | Yes | Yes |
| Claim 3 | Yes | Yes | Yes | Yes | Yes | Yes |
| Claim 4 | Yes | Yes | Yes | Yes | Yes | Yes |
| Claim 5 | Yes | Yes | Yes | Yes | Yes | Yes |
| Claim 6 | Yes | Yes | Yes | Yes | Yes | Yes |
| Claim 8 | Yes | Yes | Yes | Yes | Yes | Yes |
| Claim 9 | Yes | Yes | Yes | Yes | Yes | Yes |
| Claim 10 | Yes | Yes | Yes | Yes | Yes | Yes |

Please proceed to Question No. 3 ***IF AND ONLY IF*** you have found at least one claim of the '552 or '532 patents directly infringed by Defendant PLX Technology, Inc. In other words, only proceed to Question No. 3 if you answered "Yes" in any space in Question No. 1 or Question No. 2 for Defendant PLX Technology, Inc. Otherwise, please proceed to Question No. 6.

## Question No. 3

Answer this question **_IF AND ONLY IF_** you have found at least one claim of the '552 or '532 patents directly infringed by Defendant PLX Technology, Inc.

Do you find that Plaintiff Internet Machines, LLC proved, **_by a preponderance of the evidence_**, that any of the Defendants induce the infringement of the following patent claims of the **'552 patent**?

Answer "Yes" (for a finding of induced infringement) or "No" (for a finding of no induced infringement) as to each asserted claim in the space provided. Consider each Defendant separately. Each space should be answered.

| '552 Patent | PLX Technology, Inc. | Cyclone Microsystems, Inc. | Extreme Engineering Solutions, Inc. | GE Intelligent Platforms Embedded System, Inc. | National Instruments Corporation | Vadatch, Inc. |
|---|---|---|---|---|---|---|
| Claim 1 | Yes | Yes | Yes | Yes | Yes | Yes |
| Claim 2 | Yes | Yes | Yes | Yes | Yes | Yes |
| Claim 3 | Yes | Yes | Yes | Yes | Yes | Yes |
| Claim 4 | Yes | Yes | Yes | Yes | Yes | Yes |
| Claim 5 | Yes | Yes | Yes | Yes | Yes | Yes |
| Claim 11 | Yes | Yes | Yes | Yes | Yes | Yes |
| Claim 12 | Yes | Yes | Yes | Yes | Yes | Yes |
| Claim 13 | Yes | Yes | Yes | Yes | Yes | Yes |
| Claim 14 | Yes | Yes | Yes | Yes | Yes | Yes |
| Claim 15 | Yes | Yes | Yes | Yes | Yes | Yes |

Please proceed to Question No. 4.

## Question No. 4

Do you find that Plaintiff Internet Machines, LLC proved, *by a preponderance of the evidence*, that any of the Defendants induce the infringement of the following patent claims of the **'532 patent**?

Answer "Yes" (for a finding of induced infringement) or "No" (for a finding of no induced infringement) as to each asserted claim in the space provided. Consider each Defendant separately. Each space should be answered.

| '532 Patent | PLX Technology, Inc. | Cyclone Microsystems, Inc. | Extreme Engineering Solutions, Inc. | GE Intelligent Platforms Embedded System, Inc. | National Instruments Corporation | Vadatch, Inc. |
|---|---|---|---|---|---|---|
| Claim 1 | Yes | Yes | Yes | Yes | Yes | Yes |
| Claim 2 | Yes | Yes | Yes | Yes | Yes | Yes |
| Claim 3 | Yes | Yes | Yes | Yes | Yes | Yes |
| Claim 4 | Yes | Yes | Yes | Yes | Yes | Yes |
| Claim 5 | Yes | Yes | Yes | Yes | Yes | Yes |
| Claim 6 | Yes | Yes | Yes | Yes | Yes | Yes |
| Claim 8 | Yes | Yes | Yes | Yes | Yes | Yes |
| Claim 9 | Yes | Yes | Yes | Yes | Yes | Yes |
| Claim 10 | Yes | Yes | Yes | Yes | Yes | Yes |

Please proceed to Question No. 5 *IF AND ONLY IF* you answered "Yes" in any space in Question Nos. 1, 2, 3, or 4 for Defendant PLX Technology, Inc. Otherwise, please proceed to Question No. 6.

### Question No. 5

Answer this question ***IF AND ONLY IF*** you have found at least one claim of the '552 or '532 patents infringed by Defendant PLX Technology, Inc.

Do you find that Plaintiff Internet Machines, LLC proved, ***by clear and convincing evidence***, that Defendant PLX Technology, Inc.'s infringement was willful?

Answer "Yes" (for a finding of willful infringement) or "No" (for a finding of no willful infringement) as to each patent.

'552 patent: __Yes__

'532 patent: __Yes__

Please proceed to Question No. 6.

### Question No. 6

Do you find that Defendants proved, **_by clear and convincing evidence_**, that the following claims of the '552 or '532 patents are invalid?

If you find the claims invalid, answer "Yes" (for a finding that the claim is invalid), otherwise, answer "No" (for a finding that the claim is not invalid). Answer for all the claims regardless of whether you have found those claims infringed.

| '552 Patent | Invalid? |
|---|---|
| Claim 1 | NO |
| Claim 2 | NO |
| Claim 3 | NO |
| Claim 4 | NO |
| Claim 5 | NO |
| Claim 11 | NO |
| Claim 12 | NO |
| Claim 13 | NO |
| Claim 14 | NO |
| Claim 15 | NO |

| '532 Patent | Invalid? |
|---|---|
| Claim 1 | NO |
| Claim 2 | NO |
| Claim 3 | NO |
| Claim 4 | NO |
| Claim 5 | NO |
| Claim 6 | NO |
| Claim 8 | NO |
| Claim 9 | NO |
| Claim 10 | NO |

Please proceed to Question No. 7 **_IF AND ONLY IF_** you have found at least one claim of the '552 or '532 patents is infringed and that the infringed claim is valid. Otherwise, do not answer Question No. 7. The jury foreperson should instead initial and date this verdict on page 9.

Question No. 7

Answer this question *IF AND ONLY IF* you have found at least one claim both infringed and not invalid. Only answer the question as to those Defendants you found infringed a claim that is not invalid. If you did not find infringement by a specific Defendant, do not answer for that specific Defendant.

For each Defendant you have found at least one claim both infringed and not invalid, what sum of money, if any, do you find Plaintiff Internet Machines, LLC proved *by a preponderance of the evidence*, if paid now in cash, would fairly and reasonably compensate Internet Machines, LLC for the infringement?

Consider each Defendant separately.

**For Defendant PLX Technology, Inc.**

$ 980,340.20

**For Defendant Cyclone Microsystems, Inc.**

$ 1,098.54

**For Defendant Extreme Engineering Solutions, Inc.**

$ 4993.92

**For Defendant GE Intelligent Platforms Embedded Systems, Inc.**

$ 4504.32



For Defendant National Instruments Corporation

$ __7441.92__

For Defendant Vadatech, Inc.

$ __20,150.10__

The foreperson is requested to initial and date this document in the spaces provided below as the unanimous verdict of the jury.

__2-29-12__  
DATE

__SS__  
FOREPERSON INITIAL

