# United States District Court

**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **INTERNET MACHINES LLC** | § | |
| | § | |
| **v.** | § | **Case No. 6:10-cv-23** |
| | § | |
| **ALIENWARE CORPORATION, ET AL.** | § | |

## FINAL JUDGMENT

In accordance with Federal Rule of Civil Procedure 58, the Court enters the following final judgment.

A jury trial was held in the above-styled case from February 21, 2012 to February 29, 2012. The jury reached its verdict on February 29, 2012. *See* Jury Verdict Form, Doc. No. 508. Consistent with the Court's contemporaneously filed Memorandum Opinion and Order, it is **ORDERED** that:

- Defendants PLX Technology, Inc., Cyclone Microsystems, Inc., Extreme Engineering Solutions, Inc., GE Intelligent Platforms Embedded System, Inc., National Instruments Corporation, and Vadatch, Inc. are found to have unlawfully infringed claims 1, 2, 3, 4, 5, 11, 12, 13, 15, and 15 of U.S. Patent No. 7,454,552; and claims 1, 2, 3, 4, 5, 6, 8, 9, and 10 of U.S. Patent No. 7,421,532 (collectively, the Asserted Claims);

- Defendant PLX Technology, Inc. did not willfully infringe the Asserted Claims;

- The Asserted Claims are valid and enforceable;

- Plaintiff Internet Machines LLC is awarded damages against Defendant PLX Technology, Inc. as $980,340.20, against Cyclone Microsystems, Inc. as $1,098.54, against Extreme Engineering Solutions, Inc. as $4,993.92, against GE Intelligent

Platforms Embedded Systems, Inc. as $4,504.32, against National Instruments Corporation as $7,441.92, and against Vadatech, Inc. as $20,150.10;

- Plaintiff Internet Machines LLC is not awarded attorneys' fees, expert costs, or enhanced damages;

- Plaintiff Internet Machines LLC is awarded post-verdict damages, post-judgment damages, costs of court, prejudgment interest, and post-judgment interest all as detailed in the Court's contemporaneous Memorandum Opinion and Order.

It is additionally **ORDERED, ADJUDGED, and DECREED** that final judgment be entered in this case.

All relief not previously granted is hereby **DENIED**.

**It is SO ORDERED.**

**SIGNED this 19th day of June, 2013.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE